UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN VARGAS-CRISPIN,<br><br>          Petitioner,<br>  vs.<br>P.L. VASQUEZ, Warden,<br>          Respondent. | Case No. CV 10-9536 SVW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: October 12, 2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE